AO 91 (Rev. 5/95) Criminal Complaint

# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE, TEXAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Criminal Complaint** |
| VS | |
| **LOPEZ-De Velasco, Etervina**<br>A073 715 896 | Case Number 1: 19 PO <u>061</u> |

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>October 31, 2019</u> in <u>Cameron</u> County, in the <u>SOUTHERN</u> District of <u>TEXAS</u>, defendant, an alien, did

knowingly, willfully, and in violation of law attempt to gain illegal entry into the United States by a willful concealment of a material fact and in furtherance of such violation presented a birth certificate belonging to someone else,

in violation of Title <u>8</u> United States Code, Section(s) <u>1325 (a)(3)</u>.

I further state that I am a(n) <u>Customs and Border Protection Officer</u> and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States through the pedestrian primary lanes at the Gateway International Bridge in Brownsville, TX by presenting a Mexican birth certificate bearing the name of Etelvina Lopez Garcia to a Customs and Border Protection Officer. After further inspection, Customs and Border Protection Officers determined that the document presented by the defendant does not belong to her and that the defendant is a citizen and national of Guatemala with no legal status to come to, enter, or reside in the United States.

**Continued on the attached sheet and made a part hereof:**  ___ :Yes    X :No

/s/
**Signature of Complainant**
Roy Zepeda Jr.

**Sworn to before me and subscribed in my presence,**

**November 1, 2019**            at            **BROWNSVILLE, Texas**
Date                                                City and State


**Ignacio Torteya III   U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer                Signature of Judicial Officer